**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| JIAXING LIEFENG OUTDOOR PRODUCTS, CO., LTD., a Chinese corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>HERITAGE TRAVELWARE, LTD., an Illinois corporation,<br><br>     Defendant. | Case No. 1:24-cv-235 |

**N<small>OTICE OF</small> R<small>EMOVAL</small>**

To: Hinkfuss, Sickel, Petitjean & Weiting
   Attn: John R. Petitjean
   125 S. Jefferson Street, Suite 101
   Green Bay, Wisconsin 54301

  **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446, Defendant Heritage Travelware, Ltd., by its undersigned counsel, removed this matter from the Circuit Court of Brown County, Wisconsin to this Court based on diversity jurisdiction (28 U.S.C. § 1332(a)). In support, Defendant states as follows:

  1. On January 15, 2024, Plaintiff Jiaxing Liefeng Outdoor Products, Co., Ltd., filed a civil action in the Circuit Court of Brown County, Wisconsin which was styled <u>Jiaxing Liefeng Outdoor Products Co., Ltd. v. Heritage Travelware, Ltd.</u>, case no. 24 CV 000072 (the "Action"). A copy of the Summons and Complaint ("Complaint") is attached as Exhibit 1.

  2. This notice has been filed within 30 days of the date that Defendant was served with a copy of the Complaint.

3. This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a)) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. See 28 U.S.C. 1332(a)(2).

4. In its Complaint, Plaintiff alleges as follows:

[Plaintiff] is a foreign corporation with its principal place of business at No. 1400 Yanjia Road, Yountong Street, Haiyan County, Jiaxing City, Zeiejing Province China…

[Defendant] is a foreign corporation with its principal place of business at 2500 Northwest Parkway, Elgin, Illinois…

That demand has been made on the Defendant for payment of the outstanding balance of $941,195.60….

(Complaint, ¶¶ 1, 2, 5).

5. Defendant is an Illinois corporation with its principal place of business at 2500 Northwest Parkway, Elgin, Illinois.

6. As Plaintiff, by its own admission, is a Chinese corporation with its principal place of business in China, it is a citizen of a foreign state. Because Defendant is an Illinois citizen, there is complete diversity of citizenship between the parties.

7. As Plaintiff seeks damages in the amount of $941,195.60, exclusive of interest and costs, in its Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs. (Complaint, ¶ 5).

8. Accordingly, this Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a)(2).

9. Because there is original jurisdiction here (diversity jurisdiction), this action was properly removed to this Court. See 28 U.S.C. § 1441(a).

10. Venue is proper before the Court pursuant to 28 U.S.C. 1441(a) and 1446(a) because the United States District Court for the Eastern District of Wisconsin is the federal district embracing the Circuit Court of Brown County, Wisconsin, where the Action was originally filed.

**HERITAGE TRAVELWARE, LTD.**

By: <u>/s/ Michael K. Jameson</u>
      One of Its Attorneys

Charles A. Valente
Michael K. Jameson
MELTZER, PURTILL & STELLE LLC
125 South Wacker Drive, Suite 2900
Chicago, IL 60654
(312) 987-990
FAX: 847-892-4106 (fax)
cvalente@mpslaw.com
mjameson@mpslaw.com